

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2016

No. 04-16-00512-CV

**IPSECURE, INC.**,
Appellant

v.

James E. **CARRALES**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02257
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

On August 8, 2016, the trial court signed an order entitled "Order on Temporary Injunction (Second Temporary Injunction)," requiring appellant IPSecure, Inc. to pay appellee Jesse Carrales bi-monthly salary and car payments as well as dental and vision insurance until October 17, 2016, the current date set for a pending trial on the merits.[1]  On August 10, 2016, appellant filed in this court an emergency motion for temporary stay of the second temporary injunction as well as a motion challenging the trial court's August 8, 2016 order, which also denied its request to increase bond, or in the alternative, supersede the enforcement of the second temporary injunction.

After review, we **GRANT** appellant's motion for temporary stay of the August 8, 2016 order and **ORDER** the trial court's August 8, 2016 order stayed until further order of this court. Appellant's underlying motion challenging the trial court's denial of its request to increase the bond, or in the alternative, supersede the enforcement of the second temporary injunction remains pending in this Court.  We further **ORDER** appellee to file in this court on or before **August 22, 2016** a response to appellant's pending motion.

We **order** the clerk of this court to serve a copy of this order on the trial court and all counsel.

---

[1]  In a letter dated August 8, 2016, appellee requests such payments to begin on August 15, 2016, and in the event, appellant does not make such payments, he will file a motion seeking to enforce the August 8, 2016 order.

_____
Marialyn Barnard, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court

